USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gabriel Loor, individually and on behalf of others similarly situated,

                Plaintiff,

-against-

Joel Acevedo,

                Defendant.

1:21-cv-00653 (PGG) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        In accordance with the March 30, 2021 Case Management Plan, the parties were to file a joint letter regarding the status of discovery on June 2, 2021. (ECF No. 14.) However, as the Court has been advised that the parties have reached a settlement in principle, no such letter is required and the remaining deadlines set forth in the Case Management Plan are adjourned *sine die*. The parties shall advise the Court, no later than June 10, 2021, whether they would like to consent to proceed before the undersigned for purposes of settlement approval. (*See* Mediation Referral Order, ECF No. 11.)

**SO ORDERED.**

DATED:    New York, New York
               June 3, 2021

_____
STEWART D. AARON
United States Magistrate Judge