UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

GABRIEL LOOR, *individually and on behalf of others similarly situated*,

                        Plaintiff,

-against-

JOEL ACEVEDO,

                        Defendant.
----------------------------------------------------------X

1:21-cv-00653-SDA

(PROPOSED) JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2021

WHEREAS on or about June 3, 2021, Defendant JOEL ACEVEDO extended to Plaintiff GABRIEL LOOR an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00), and whereas said Plaintiff accepted said offer on or about June 3, 2021,

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00).

Dated: New York, New York

      June 8, 2021

_____
JUDGE STEWART D. AARON,
U.S.M.J.